IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

In the Matter of:

MICHAEL P. CARROLL

Debtor(s)

Case No. 16-32795
Judge Mary Ann Whipple
Chapter 7

**STATUS REPORT ON AGREED ENTRY**

Debtor Michael P. Carroll and Creditor KeyBank National Association, through their respective counsel, and for their status report on the status of the Agreed Entry of Dismissal on Debtor's Motion for Contempt (Doc. 45) state as follows:

Since this Court's October 26, 2022 Memorandum regarding Trial and resolution of Debtor's Motion for Contempt (Doc. 45), the parties have been working on reducing all material terms of settlement to writing. The parties anticipate finalizing these terms and completing all material terms within the next 21 days.

The parties would request until December 23, 2022 to file the Agreed Entry of Dismissal with the Court.

Respectfully Submitted,

**CERTIFICATE OF SERVICE**

I hereby certify that, on December 5, 2022, a copy of the foregoing Status Report was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Nathaniel Sinn, Counsel for Creditor at nsinn@porterwright.com

    Office of the US. Trustee at (registered address) at usdoj.gov

And upon the following parties via ordinary U.S. mail, postage prepaid, on December 5, 2022:

    Michael Carroll, Debtor, at 3712 River Road, Toledo, OH 43614

                                    /s/ Brian D. Flick, Esq.
                                      Brian D. Flick, Esq. #0081605
                                      *Attorney for Debtors*