# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

In the Matter of:

MICHAEL P. CARROLL

Debtor(s)

Case No. 16-32795
Judge Mary Ann Whipple
Chapter 7

## NOTICE OF WITHDRAWAL OF MOTION FOR CONTEMPT (Doc. 45)

Debtor Michael P. Carroll, through Counsel, hereby withdraws with prejudice Debtor's Motion for Contempt against Creditor KeyBank, National Association filed on May 13, 2022 (Doc. 45).

Respectfully Submitted,

/s/Brian D. Flick, Esq
Brian D. Flick, Esq #0081605
DannLaw
15000 Madison Avenue
Lakewood, OH 44107
(513) 645-3488
(216) 373-0536 e-fax
notices@dannlaw.com
*Attorney for Debtors*

# **CERTIFICATE OF SERVICE**

I hereby certify that, on December 20, 2022, a copy of the foregoing Status Report was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Nathaniel Sinn, Counsel for Creditor at nsinn@porterwright.com

    Office of the US. Trustee at (registered address) at usdoj.gov

And upon the following parties via ordinary U.S. mail, postage prepaid, on December 20, 2022:

    Michael Carroll, Debtor, at 3712 River Road, Toledo, OH 43614

                                              /s/ Brian D. Flick, Esq.
                                              Brian D. Flick, Esq. #0081605
                                              *Attorney for Debtors*